# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-mj-00018 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| JOHN REGINALD BAILEY, JR. | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter came before the Court for preliminary hearing on February 22, 2024. The Government offered the testimony of Detective Dustin J. Phillips. Defendant offered no evidence. Based on the affidavit filed in support of the criminal complaint and in light of the testimony offered in open court, the Court finds there is probable cause to believe Defendant committed the offenses alleged in the Complaint. The Court therefore **ORDERS** that Defendant be bound over to the grand jury to answer to the charges.

February 22, 2024

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge